1
2
3
4
5
6
7
8                         **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSE LUIS MEZA,                    )    No.  EDCV 13-1616-CW
                                        )
12                  Plaintiff,          )    JUDGMENT
                                        )
13           v.                         )
                                        )
14   CAROLYN W. COLVIN, Acting          )
     Commissioner, Social Security      )
15   Adminstration,                     )
                                        )
16                  Defendant.          )
     _____)

17

18        **IT IS ADJUDGED** that this action is remanded to defendant for

19   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20   and consistent with the accompanying Decision and Order.

21

22   DATED: July 7, 2014

23

24                                      _____
                                             *Carla M. Woehrle*
25                                          CARLA M. WOEHRLE
                                        United States Magistrate Judge

26

27

28